# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Erin Cummings, | ) | CASE NO.:  5:21CV430 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| Ferriot, Inc., et al., | ) | |
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties jointly informed the Court during their continued case management conference that this matter has been settled.  Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within 30 days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order. This Court will retain jurisdiction over the settlement.

    IT IS SO ORDERED.


DATED: May 3, 2021                                  */s/  John R. Adams*
                                                                    JUDGE JOHN R. ADAMS
                                                                    UNITED STATES DISTRICT COURT